ORIGINAL

FILED

05/26/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0681

# IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0681

DAVID RAFES,

    Plaintiff and Appellant,

v.

ALEX RATE, JENNIFER DWYER, and MARTIN SMITH,

    Defendants and Appellees.

FILED

MAY 2 6 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant David Rafes filed a motion to invoke M. R. App. P. 20. We construe Rafes' motion as a petition for rehearing. Rafes asks this Court to reconsider its May 12, 2020 Opinion affirming the District Court's grant of summary judgment against Rafes. *Rafes v. Rate*, 2020 MT 124N. Appellees object to the petition.

Under M. R. App. P. 20, this Court seldom grants petitions for rehearing. The rule makes clear that this Court will entertain a petition for rehearing on very limited grounds. This Court will consider a petition for rehearing only if the opinion "overlooked some fact material to the decision," if the opinion missed a question presented by a party or counsel that would have decided the case, or if our decision "conflicts with a statute or controlling decision not addressed" by the Court. M. R. App. P. 20.

Having fully considered Appellant's petition and the response, the Court concludes that rehearing is not warranted under Rule 20. The Court did not overlook material facts or issues raised by the parties or fail to address a controlling statute or decision that conflicts with the Opinion.

IT IS THEREFORE ORDERED that the petition for rehearing is DENIED.

The Clerk is directed to provide copies of this Order to all parties and counsel of record.

Dated this _____ day of May, 2020.

_____

_____

_____

_____

_____
Justices